IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHELDON BERNARD ANDREWS, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00389-TES-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated February 12, 2025, having accepted the recommendation of the United States Magistrate Judge in its entirety, this case is remanded to the Commissioner of Social Security.

JUDGMENT is hereby entered in favor of Plaintiff.

David W. Bunt, Clerk

This 12th day of February, 2025.

s/ Raven K. Alston, Deputy Clerk