**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **SBA,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| v. | **5:23-CV-00389-TES-CHW** |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** | **SOCIAL SECURITY APPEAL** |
| **Defendant.** | |

**ORDER**

Upon consideration of the plaintiff's application for attorney's fees under the Equal Access to Justice Act, and on the entire record in this case, it is ORDERED, that plaintiff's application is granted, and Plaintiff is awarded __$4,464. 12__ in attorney's fees.

This __27th__ day of __March__, 2025.

S/ Tilman E. Self, III
_____
UNITED STATES DISTRICT JUDGE