IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHELDON BERNARD ANDREWS, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00389-TES-CHW |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed March 27, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $4464.12 .

This 27th day of March, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk